## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

LAW OFFICE OF BRUCE J. CHASAN,     :    No. 136 EM 2018
LLC AND BRUCE CHASAN, ESQUIRE,    :

         Petitioners              :

         v.                      :

                              :    Bill of Costs

FREUNSLICH & LITTMAN, LLC AND    :
GREGORY LITTMAN, ESQUIRE,       :

         Respondents        :

### ORDER

**AND NOW**, this 21st day of December, 2018, the petition of Bruce Chasan,

Esq. and the Law Office of Bruce J. Chasan, LLC for taxation of costs pursuant to Pa.

Rules of Appellate Procedure 3306 and 2741 is hereby denied. The taxation of

costs under these rules is inapplicable to the *granting* or denial of Petitions for

Allowance of Appeal filed under Chapter 11 of the Pa. Rules of Appellate Procedure.

*See* 210 Pa. Code Rule 3306, Official Note (1993).

_____
                 Prothonotary